UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Misc. Action No. 06-336 (RMC) |
| ) | |
| JUVENAL OVIDIO RICARDO ) | |
| PALMERA PINEDA (a/k/a Simon ) | |
| Trinidad), ) | |
| ) | |
| Defendant. ) | |

### ORDER

It has come to the Court's attention that the pending Motion to Quash filed by the United States relates to *United States v. Juvenal Ovidio Ricardo Palmera Pineda*, Crim. No. 04-232, which is pending before Chief Judge Thomas F. Hogan. Indeed, Defendant's response to the Motion to Quash was filed in the *Pineda* case, where it is docketed as Document Number 107. Further, it is the Court's understanding that, at a hearing held by Chief Judge Hogan on August 22, 2006, the parties conceded that the subpoenas that are the subject of the Motion to Quash have expired, thereby rendering the motion moot. Accordingly, it is hereby

**ORDERED** that the Motion to Quash is **DENIED** as moot; and it is

**FURTHER ORDERED** that this matter shall be closed and removed from the docket of this Court.

**SO ORDERED**.

Date: September 6, 2006

/s/
ROSEMARY M. COLLYER
United States District Judge